**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Richemont International S.A.

                                Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified in Schedule A

                                Defendant.

Case No.:
1:25–cv–02336
Honorable Andrea R.
Wood

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Having reviewed the motions and supporting documentation in chambers, Plaintiff's ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, expedited discovery, and alternative service [11] are granted. Enter Sealed Temporary Restraining Order. The Temporary Restraining Order shall be maintained under seal until further order of the Court. The Temporary Restraining Order is entered effective 9:00 a.m. on 3/16/2026. It is further ordered that Plaintiff shall deposit with the Court fifty thousand dollars ($50,000.00) as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder. Plaintiff's motion for ruling [16] is terminated as moot. The motion hearing noticed for 3/17/2026, without permission of the Court, is stricken. Telephonic status hearing set for 3/30/2026 at 1:30 PM. The call–in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.