**Exhibit 1**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 77 | Evan Store | 1100410610 | https://www.aliexpress.com/store/1100410610 |
| 78 | Allenli's Watches Store | 1100541207 | https://www.aliexpress.com/store/1100541207 |
| 79 | TIMARCO Factory store | 1100632222 | https://www.aliexpress.com/store/1100632222 |
| 80 | MUSEN Watch store | 1100876453 | https://www.aliexpress.com/store/1100876453 |
| 81 | Sovoeva Store | 1101229974 | https://www.aliexpress.com/store/1101229974 |
| 82 | BERNY Official Store | 1101244456 | https://www.aliexpress.com/store/1101244456 |
| 83 | Shop3862010 Store | 1101284035 | https://www.aliexpress.com/store/1101284035 |
| 84 | PARURU Store | 1101300391 | https://www.aliexpress.com/store/1101300391 |
| 85 | CHENXI FACTORY Store | 1101345372 | https://www.aliexpress.com/store/1101345372 |
| 86 | Super Member Store | 1101369014 | https://www.aliexpress.com/store/1101369014 |
| 87 | caraquet Official Store | 1101381185 | https://www.aliexpress.com/store/1101381185 |
| 88 | ALLICEONYOU Store | 1101393163 | https://www.aliexpress.com/store/1101393163 |
| 89 | Aokaishen Oficial Store | 1101419477 | https://www.aliexpress.com/store/1101419477 |
| 90 | Trendy watch Store | 1101429791 | https://www.aliexpress.com/store/1101429791 |
| 91 | Hongyun Watch Store | 1101430624 | https://www.aliexpress.com/store/1101430624 |
| 92 | SANDA Official Store | 1101444759 | https://www.aliexpress.com/store/1101444759 |
| 94 | Shop910727113 Store | 1101548825 | https://www.aliexpress.com/store/1101548825 |
| 95 | Shop911363003 Store | 1101604912 | https://www.aliexpress.com/store/1101604912 |

1

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 96 | ESTRELLADEMAR Beaded Store | 1101606245 | https://www.aliexpress.com/store/1101606245 |
| 97 | Geneva Store | 1101608910 | https://www.aliexpress.com/store/1101608910 |
| 98 | WE YOU Store | 1101706203 | https://www.aliexpress.com/store/1101706203 |
| 99 | Cuban Chain Factory Store | 1101743278 | https://www.aliexpress.com/store/1101743278 |
| 100 | ABOLUN Store | 1101766949 | https://www.aliexpress.com/store/1101766949 |
| 101 | BEAUTIFUL AND REFINED Store | 1101770154 | https://www.aliexpress.com/store/1101770154 |
| 102 | Iceout Diamond-Watches Dropshipping Store | 1101800681 | https://www.aliexpress.com/store/1101800681 |
| 103 | Go-Go-Girl Store | 1101810135 | https://www.aliexpress.com/store/1101810135 |
| 104 | BERNY Watch Store | 1101819426 | https://www.aliexpress.com/store/1101819426 |
| 105 | SUBOLLOW Official Store | 1101889508 | https://www.aliexpress.com/store/1101889508 |
| 106 | IDEREST Official Store | 1101893420 | https://www.aliexpress.com/store/1101893420 |
| 107 | Guojia Store | 1101935886 | https://www.aliexpress.com/store/1101935886 |
| 108 | X.Z.MOONLIGH Sunrise Store | 1101939167 | https://www.aliexpress.com/store/1101939167 |
| 109 | Global Luxurybrandwatch Store | 1101939619 | https://www.aliexpress.com/store/1101939619 |
| 110 | luxury watch Store | 1102012647 | https://www.aliexpress.com/store/1102012647 |
| 111 | LFTM Watch Store | 1102064051 | https://www.aliexpress.com/store/1102064051 |
| 112 | WX Brother Clothes Store | 1102192144 | https://www.aliexpress.com/store/1102192144 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 113 | zkceenier Watches Store | 1102192855 | https://www.aliexpress.com/store/1102192855 |
| 114 | Factory Price Direct Store | 1102208023 | https://www.aliexpress.com/store/1102208023 |
| 115 | Shop1102312863 Store | 1102306875 | https://www.aliexpress.com/store/1102306875 |
| 116 | Member Direct Store | 1102412508 | https://www.aliexpress.com/store/1102412508 |
| 117 | Make Tommy Store | 1102437902 | https://www.aliexpress.com/store/1102437902 |
| 118 | Hip Hop Shiny Diamond Watch Store | 1102513989 | https://www.aliexpress.com/store/1102513989 |
| 119 | Men Watches Store | 1102624357 | https://www.aliexpress.com/store/1102624357 |
| 120 | Good Price Factory Store | 1102637251 | https://www.aliexpress.com/store/1102637251 |
| 121 | Sothis Store | 1102669006 | https://www.aliexpress.com/store/1102669006 |
| 122 | Vvian Store | 1102677539 | https://www.aliexpress.com/store/1102677539 |
| 123 | Shop1102691167 Store | 1102693134 | https://www.aliexpress.com/store/1102693134 |
| 124 | UTHAI WATCH Store Store | 1102727349 | https://www.aliexpress.com/store/1102727349 |
| 125 | SANDA Top Store | 1102909569 | https://www.aliexpress.com/store/1102909569 |
| 126 | GLENAW Exclusive Store | 1102961551 | https://www.aliexpress.com/store/1102961551 |
| 127 | Precious time watch store Store | 1102989111 | https://www.aliexpress.com/store/1102989111 |
| 128 | Shop1103037668 Store | 1103042596 | https://www.aliexpress.com/store/1103042596 |
| 129 | Shop1103044940 Store | 1103044941 | https://www.aliexpress.com/store/1103044941 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 130 | LEEDOAR NO-2 Wholesale Smartwatch Store Store Store | 1103082016 | https://www.aliexpress.com/store/1103082016 |
| 131 | Ice Diamond Watch Dropshipping Store | 1103131545 | https://www.aliexpress.com/store/1103131545 |
| 132 | OFNS Official Store | 1103250012 | https://www.aliexpress.com/store/1103250012 |
| 133 | Aiweile Official Store | 1103396309 | https://www.aliexpress.com/store/1103396309 |
| 134 | Shop1103418053 Store | 1103418054 | https://www.aliexpress.com/store/1103418054 |
| 135 | BERNY Official Store | A17Q4QKNLX5AHD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17Q4QKNLX5AHD |
| 136 | Ibohevo | A17RPE5L87D083 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17RPE5L87D083 |
| 137 | Maxstar | A1OAH9HW7VA0RF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OAH9HW7VA0RF |
| 138 | PINDUWATCH-US | A1TGE1DUIDXWT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TGE1DUIDXWT |
| 139 | AiShaShop | A1WC5K7PHPNUAW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WC5K7PHPNUAW |
| 140 | Renotop | A21MSKDRXX92RC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A21MSKDRXX92RC |
| 141 | Haozhihui Trading | A247FT1SBUII55 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A247FT1SBUII55 |
| 142 | G WATCHES | A2538TJTUFGRK3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2538TJTUFGRK3 |

4

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 143 | Minilujia | A2NCXLVO0VG68D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NCXLVO0VG68D |
| 144 | RORIOS--US | A2NREIN01Q64KZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NREIN01Q64KZ |
| 145 | nanjingkandengshimaoyiyouxiangongsi | A2T8AVPP3B3ZBJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2T8AVPP3B3ZBJ |
| 146 | Lancardo | A2V3W0TJTLEV28 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V3W0TJTLEV28 |
| 147 | kanshdeo | A2X6ZK697VZ249 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2X6ZK697VZ249 |
| 148 | aladdinabi | aladdinabi | https://www.ebay.com/usr/aladdinabi |
| 149 | Bestseller2046 Fashion | bestseller2046jewelry | https://www.ebay.com/usr/bestseller2046jewelry |
| 150 | FXZU | fxzu | https://www.ebay.com/usr/fxzu |
| 151 | goof2v-86 | goof2v-86 | https://www.ebay.com/usr/goof2v-86 |
| 152 | guanzhenzhen0.231 | guanzhenzhen0.231 | https://www.ebay.com/usr/guanzhenzhen0.231 |
| 153 | 48Karats | halalgoods | https://www.ebay.com/usr/halalgoods |
| 154 | Beautiful wristwatch world | hvqg7149 | https://www.ebay.com/usr/hvqg7149 |
| 155 | indo-france | indo-france | https://www.ebay.com/usr/indo-france |
| 156 | inventive-world | inventive-world | https://www.ebay.com/usr/inventive-world |
| 157 | Koala Specials | koalaspecials | https://www.ebay.com/usr/koalaspecials |
| 158 | louled-74 | louled-74 | https://www.ebay.com/usr/louled-74 |
| 159 | meihaocm | meihaocm | https://www.ebay.com/usr/meihaocm |
| 160 | Meracstore | meracstore | https://www.ebay.com/usr/meracstore |
| 161 | mosarayreh | mosarayreh | https://www.ebay.com/usr/mosarayreh |
| 162 | odhranhassan | odhranhassan | https://www.ebay.com/usr/odhranhassan |
| 163 | orbismodsire | orbismodsire | https://www.ebay.com/usr/orbismodsire |
| 164 | Mightlink | 101139168 | https://www.walmart.com/reviews/seller/101139168 |
| 165 | Waroomhouse Co.Ltd | 101229730 | https://www.walmart.com/reviews/seller/101229730 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 166 | rygai | 101241624 | https://www.walmart.com/reviews/seller/101241624 |
| 167 | Clearance price store | 101497356 | https://www.walmart.com/reviews/seller/101497356 |
| 168 | ECPECAD | 101632324 | https://www.walmart.com/reviews/seller/101632324 |
| 169 | liukailonglongwang | 102479194 | https://www.walmart.com/reviews/seller/102479194 |
| 170 | harmtty | 101131096 | https://www.walmart.com/reviews/seller/101131096 |

6