**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RICHEMONT INTERNATIONAL S.A.,

       Plaintiff,

          v.

THE  PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A,"

       Defendants.

Case No. 25-cv-02336

Judge Andrea R. Wood

Magistrate Judge Young B. Kim

### STIPULATION AND ORDER REDUCING ASSET RESTRAINT

Following the status hearing on April 13, 2026 (See Order of even date [40]), counsel for Defendants Shenzhen Berny Industrial Co. Ltd (82 and 135) and Shenzhen Berny Smart Technology Co. Ltd. (104) (collectively "Berny") and Plaintiffs' met and conferred by telephone to discuss reducing the amount restrained in Berny's accounts under the injunction currently in place in this matter.  Counsel for the parties have agreed to reduce the asset restraint as to Berny in lieu of further action on Berny's motion to unfreeze its accounts [32] as follows:

1. Any freeze or restraint of the assets of the Berny Defendants shall not exceed $30,923.60. Any assets above $30,923.60 shall be unconditionally released to these Defendants.

2. This stipulation does not otherwise modify the terms of the temporary restraining order [22] which this Court may convert to a preliminary Injunction.

3. This stipulation is not an admission by either Berny Defendant as to the propriety of any injunctive relief, and does not affect or waive any counterclaim or affirmative defense either Berny Defendant may have.

1

4. Upon entry of this stipulation, Plaintiff shall contact all Third Parties that it has previously contacted regarding the freezing of any of the Berny Defendants' assets to ensure that paragraph 1 is accomplished.

Stipulated and agreed:

Dated: April 14, 2026

**FLENER IP LAW LLC**

| | |
|---|---|
| */s/ James E. Judge* | /s/ Matthew De Preter |
| James E. Judge | Matthew De Preter |
| Flener IP Law, LLC | ARONBERG GOLDGEHN DAVIS & |
| 77 W. Washington St., Ste. 800 | GARMISA |
| Chicago, IL 60602 | 225 W. Washington St. Ste. 2800 |
| 312-724-8874 | Chicago, IL 60606 |
| jjudge@fleneriplaw.com | 312-755-3153 |
| | cdepreter@agdglaw.com |

*Counsel for Plaintiff*

*Counsel for Berny Defendants*

      **SO ORDERED** this _____ day of _____, 2026.

_____
**Andrea R. Wood**
**United States District Judge**