**SCHEDULE A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 2 | Shenzhen Aiman Trade Company Limited | aimal | https://aimal.en.alibaba.com |
| 3 | Guangzhou Bosally Watch Co., Ltd. | alizeegift | https://alizeegift.en.alibaba.com |
| 4 | Guangzhou Allston Trading Co., Ltd. | allston | https://allston.en.alibaba.com |
| 5 | Guangzhou Ange Trade Co., Ltd. | angewatch | https://angewatch.en.alibaba.com |
| 6 | Yiwu Uwin Import And Export Limited | appealfashion | https://appealfashion.en.alibaba.com |
| 7 | Yiwu Meimiao Trading Co., Ltd. | beautycat | https://beautycat.en.alibaba.com |
| 8 | Nanchang High-Tech Zone Big Bear E-Commerce Studio | bigbearwatch | https://bigbearwatch.en.alibaba.com |
| 9 | Guangzhou Bosally Watch Co., Ltd. | bosallywatch | https://bosallywatch.en.alibaba.com |
| 10 | Shenzhen Ruo Lin Electronic Co., Ltd. | brandedwatch | https://brandedwatch.en.alibaba.com |
| 11 | Shenzhen Ouya Art & Craft Co., Ltd. | buttonarea | https://buttonarea.en.alibaba.com |
| 12 | Dongguan Fuxi Electronic Technology Co., Ltd. | careables | https://careables.en.alibaba.com |
| 13 | Chengdu Kismett International Trade Co., Ltd. | cdksmt1 | https://cdksmt1.en.alibaba.com |

1

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 14 | Yiwu Chaochen Import & Export Co., Ltd. | chaochen | https://chaochen.en.alibaba.com |
| 15 | Yiwu Renqing Ornament Co., Ltd. | chinakeychain | https://chinakeychain.en.alibaba.com |
| 16 | Yiwu Cokoo Daily Necessities Co., Ltd. | chinaoem | https://chinaoem.en.alibaba.com |
| 17 | Nanchang High-Tech Zone Clean Cross-Border E-Commerce Firm | cleanfactorywatch | https://cleanfactorywatch.en.alibaba.com |
| 18 | Tianzhi Technology (dongguan) Co., Ltd. | cn1569567979pnvn | https://cn1569567979pnvn.en.alibaba.com |
| 19 | Yiwu City Hancai Import And Export Co., Ltd. | cnhancai | https://cnhancai.en.alibaba.com |
| 20 | Shenzhen Hifive Industrial Co., Ltd. | cnhigh5 | https://cnhigh5.en.alibaba.com |
| 21 | Quanzhou Runjiu Trade Co., Ltd. | cnrunjiu | https://cnrunjiu.en.alibaba.com |
| 22 | Shenzhen Cocean Timepiece Technology Co., Ltd. | coceanchina | https://coceanchina.en.alibaba.com |
| 23 | Dongguan Qianfulong Trading Co., Ltd. | dgqfl | https://dgqfl.en.alibaba.com |
| 24 | Foshan Jingsha Technology Co., Ltd. | elitamovt | https://elitamovt.en.alibaba.com |
| 25 | Yiwu Elodie Jewelry Co., Ltd. | elodiejewelry | https://elodiejewelry.en.alibaba.com |
| 26 | Shenzhen Eston Watch Co., Ltd. | estonwatch | https://estonwatch.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 27 | Shenzhen Furitime Watch Ltd. | furitimes | https://furitimes.en.alibaba.com |
| 28 | Fuzhou Monet E-Commerce Co., Ltd. | fzmonai | https://fzmonai.en.alibaba.com |
| 29 | Guangdong Yonghengmei Watch Industry Co., Ltd. | gdyhmeiwatch | https://gdyhmeiwatch.en.alibaba.com |
| 30 | Quanzhou Beckryan Trading Co, Ltd. | glassfactory1 | https://glassfactory1.en.alibaba.com |
| 31 | Yiwu Gt Accessories Co.,ltd | gtjewelry | https://gtjewelry.en.alibaba.com |
| 32 | Guangzhou JCY Trade Co., Ltd. | gzjcy | https://gzjcy.en.alibaba.com |
| 33 | Guangzhou Baiyun District Shijing Street Sanma Trading Firm(individual Business) | gzsanma | https://gzsanma.en.alibaba.com |
| 34 | Guangzhou Viewray Watch Co., Ltd. | gzviewray | https://gzviewray.en.alibaba.com |
| 35 | Honggu Tan District Hang Weige Online Shop (Individual Business) | hangweige | https://hangweige.en.alibaba.com |
| 36 | Quanzhou Fengze District Haotong Trading Co., Ltd. | haotonggroup | https://haotonggroup.en.alibaba.com |
| 37 | Huaibei Xuanze Trading Co., Ltd. | hbxzmy | https://hbxzmy.en.alibaba.com |

3

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 38 | Guangzhou Hengyu Technology Co., Ltd. | hengyu168 | https://hengyu168.en.alibaba.com |
| 39 | Hefei City Yaohai District Jingcheng Department Store (individual Business) | hfjingcheng | https://hfjingcheng.en.alibaba.com |
| 40 | Yiwu Chaopai Jewelry Company Limited | hiphopjewellery | https://hiphopjewellery.en.alibaba.com |
| 41 | Yiwu Edommy Imp. & Exp. Co., Ltd. | hnhair | https://hnhair.en.alibaba.com |
| 42 | Dongguan Honghuixin Watch Industry Co., Ltd. | honghuixin | https://honghuixin.en.alibaba.com |
| 43 | Xiamen Honsise Industrial & Trade Co., Ltd. | honsise | https://honsise.en.alibaba.com |
| 44 | Hengshui Liou Import And Export Trade Co., Ltd. | hsliou | https://hsliou.en.alibaba.com |
| 45 | Guangzhou Baiyun District Tonghe Street Huangyan Electronic Firm (individual Business) | huangyan168 | https://huangyan168.en.alibaba.com |
| 46 | Guangzhou Huaxin Import And Export Trade Co., Ltd. | huaxin678 | https://huaxin678.en.alibaba.com |
| 48 | Huizhou Nuoyi Trading Co., Ltd. | hznysm | https://hznysm.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 49 | ICED OUT FACTORY | in1568728660ipda | https://in1568728660ipda.en.alibaba.com |
| 51 | Juepeng (foshan) Trading Co., Ltd. | ixpower | https://ixpower.en.alibaba.com |
| 52 | Shenzhen Jinghuida Optoelectronic Co., Ltd. | jhd-china | https://jhd-china.en.alibaba.com |
| 53 | Guangzhou Baiyun District Tonghe Street Jialin Technology Firm (individual Business) | jialin168 | https://jialin168.en.alibaba.com |
| 54 | Shenzhen Jinyada Electronics Co., Ltd. | jinyadadianzi | https://jinyadadianzi.en.alibaba.com |
| 55 | Yiwu Junlu Import And Export Co., Ltd. | junlujewelry | https://junlujewelry.en.alibaba.com |
| 56 | Yiwu Junying Trade Co., Ltd. | junyingmaoyi | https://junyingmaoyi.en.alibaba.com |
| 57 | Jinzhihong (shenzhen) Technology Co., Ltd. | jzhwatch | https://jzhwatch.en.alibaba.com |
| 59 | Shenzhen Koda Horologe Co., Ltd. | kdby | https://kdby.en.alibaba.com |
| 60 | Kaifeng Sheng Qianjia Trading Co., Ltd. | kfsqj | https://kfsqj.en.alibaba.com |
| 61 | Liuzhou King Rise Commerce Co., Ltd. | kingrise2001 | https://kingrise2001.en.alibaba.com |
| 62 | Foshan Kuma Technology Co., Ltd. | koomars | https://koomars.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 63 | Shenzhen Kastar Timepieces Co., Ltd. | kstwatch | https://kstwatch.en.alibaba.com |
| 64 | Shenzhen Lanson Gifts Co., Ltd. | lanson-gifts | https://lanson-gifts.en.alibaba.com |
| 65 | Shenzhen Kevisk Co., Ltd. | latiris | https://latiris.en.alibaba.com |
| 66 | Jinxian Linglong Jewelry Factory (individual Business Owner) | linglongjewelry | https://linglongjewelry.en.alibaba.com |
| 67 | Yiwu Lingxin E-Commerce Firm | lingxin1 | https://lingxin1.en.alibaba.com |
| 68 | Shenzhen Luckystar Jewelry Co., Ltd. | luckystar668 | https://luckystar668.en.alibaba.com |
| 70 | Yiwu Market Union Co., Ltd. | marketunion88 | https://marketunion88.en.alibaba.com |
| 71 | Maanshan Minghuang Electronic Commerce Co., Ltd. | masmh | https://masmh.en.alibaba.com |
| 72 | Foshan Matten Watch Co., Ltd. | mattenwatch | https://mattenwatch.en.alibaba.com |
| 74 | Shenzhen New Jiacheng Trading Co., Ltd | newmiracle | https://newmiracle.en.alibaba.com |
| 75 | Ningbo Neworiental Manufactory & Trading Co., Ltd. | neworiental | https://neworiental.en.alibaba.com |
| 76 | Nanjing Zestful International Trade Co., Ltd. | njzestful | https://njzestful.en.alibaba.com |

6