**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:    RICHEMONT              Case Number: 25-cv-2336
INTERNATIONAL S.A. v. Schedule A Defs.

An appearance is hereby filed by the undersigned as attorney for:

Defendant:

Bestseller2046 Fashion

Attorney name (type or print):      Jianyin Liu

Firm:      The Law Offices of James Liu PLLC

Street address:      30 N LaSalle St, Ste 1510

City/State/Zip:      Chicago/IL/60602

Bar ID Number:   FL Bar No. 1007675          Telephone Number:   305-209-6188
(See item 3  in instructions)

Email Address:

Are you acting as lead counsel in this case?                    Yes       v   No

Are you a member of the court's general bar?                    Yes       v   No

Are you a member of the court's trial bar?                      Yes           No  v

Are you appearing *pro hac vice*?                               Yes           No  v

If this case reaches trial, will you act as the trial attorney?   Yes   v   No

If this is a criminal case, check your status.          Retained Counsel

                                                        Appointed Counsel
                                                           If appointed counsel, are you a

                                                        Federal Defender

                                                        CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on          April 24, 2026

Attorney signature:    S/    Jianyin Liu _____
                      (Use electronic signature if the appearance form is filed electronically.)

                                                                    Revised

7/19/2023