**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| RICHEMONT INTERNATIONAL S.A., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-02336 <br><br> Judge Andrea R. Wood <br> Magistrate Judge Young B. Kim |

**PLAINTIFF'S MOTION TO SEVER DEFENDANTS (UNOPPOSED)**

Plaintiff Richemont International S.A. ("Plaintiff"), by and through its undersigned counsel, respectfully moves pursuant to Federal Rules of Civil Procedure 20 and 21 to sever certain Defendants into separate actions. In support thereof, Plaintiff states as follows:

1. Plaintiff filed this action asserting claims for trademark infringement, false designation of origin, design patent infringement, violations of the Illinois Uniform Deceptive Trade Practices Act, and related claims alleging Defendants' unauthorized use of Plaintiff's intellectual property.

2. Defendants Shenzhen Berny Industrial Co. Ltd., Shenzhen Berny Smart Technology Co. Ltd., and Lancardo filed motions seeking dismissal and/or severance. *See* Dkts. 54, 59, and 60.

3. During the May 14, 2026 status hearing, Plaintiff raised the possibility of severing the moving Defendants and filing amended complaints with additional defendant-specific allegations. The Court instructed the parties to meet and confer regarding severance and amendment before filing the appropriate motions.

1

4. Pursuant to the Court's instruction on May 14, 2026, Plaintiff met and conferred with counsel for Defendants Shenzhen Berny Industrial Co. Ltd., Shenzhen Berny Smart Technology Co. Ltd., and Lancardo. Respective Counsel for each Defendant indicated that their respective clients do not oppose severance into separate actions.

5. In the interest of judicial economy and efficiency, and without conceding the merits of Defendants' arguments regarding joinder, Plaintiff seeks to sever:

a. Defendants Shenzhen Berny Industrial Co. Ltd. and Shenzhen Berny Smart Technology Co. Ltd. into one separate action asserting claims for trademark infringement and false designation of origin; and

b. Defendant Lancardo into another separate action asserting claims for trademark infringement and false designation of origin.

6. Plaintiff does not intend to assert the claims currently alleged under the Patent Act and state law against the remaining defendants in this action against the severed Defendants.

7. Severance into separate actions will streamline the proceedings, narrow any defendant-specific issues, and permit the parties to address any individualized defenses, factual allegations, and discovery in a more efficient manner.

WHEREFORE, Plaintiff respectfully requests that the Court: (a) sever Defendants Shenzhen Berny Industrial Co. Ltd. and Shenzhen Berny Smart Technology Co. Ltd. into a separate action asserting claims for trademark infringement and false designation of origin; (b) sever Defendant Lancardo into a separate action asserting claims for trademark infringement and false designation of origin; (c) direct the Clerk to open the severed actions and docket the relevant pleadings therein; and (d) grant such other and further relief as the Court deems just and appropriate.

Dated: May 28, 2026

Respectfully submitted,

/s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com