**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHEMONT INTERNATIONAL S.A., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-02336 <br><br> Judge Andrea R. Wood <br> Magistrate Judge Young B. Kim |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT [UNOPPOSED]**

Plaintiff Richemont International S.A. ("Plaintiff"), by and through its undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file an Amended Complaint in the above-captioned action. In support thereof, Plaintiff states as follows:

1. Plaintiff filed this action asserting claims for trademark infringement, false designation of origin, design patent infringement, violations of the Illinois Uniform Deceptive Trade Practices Act, and related claims alleging Defendants' unauthorized use of Plaintiff's intellectual property.

2. Defendants Shenzhen Berny Industrial Co. Ltd., Shenzhen Berny Smart Technology Co. Ltd., and Lancardo filed motions seeking dismissal and/or severance. *See* Dkts. 54, 59, and 60.

3. During the May 14, 2026 status hearing, Plaintiff raised the possibility of severing the moving Defendants and filing amended complaints with additional defendant-specific allegations. The Court instructed the parties to meet and confer regarding severance and

1

amendment before filing the appropriate motions. Plaintiff has filed an unopposed motion to sever these defendants concurrently.

4.  Pursuant to the Court's instruction on May 14, 2026, Plaintiff met and conferred with counsel for Defendants Shenzhen Berny Industrial Co. Ltd., Shenzhen Berny Smart Technology Co. Ltd., and Lancardo regarding the proposed amended complaint which excludes each of those Defendants. *See* Exhibit A. Those Defendants do not oppose Plaintiff's filing the requested amendments, but reserve all substantive rights and defenses in the severed actions.

5.  Rule 15(a)(2) provides that leave to amend should be freely granted when justice so requires. No party will be unfairly prejudiced by the requested amendment. Discovery has not substantially progressed, and the proposed amendment is intended to streamline the litigation and narrow the issues presented.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the Amended Complaint and grant such other and further relief as the Court deems just and appropriate.

Dated: May 29, 2026

Respectfully submitted,

/s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

2